IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| SUSAN ASHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-91 |
| | ) | |
| MORGAN COUNTY, TENNESSEE, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Defendants have filed a "Motion for Summary Judgment" [doc. 36]. Plaintiff's response to the motion states, "Comes the Plaintiff, Susan Ashley, by and through counsel, Debra Fannin Graham, and hereby advised (sic) the Court that Plaintiff agrees this case should be dismissed on Defendant's (sic) Motion for Summary Judgment." [doc. 42].

Therefore, defendants' motion for summary judgment is **GRANTED**, and this case will be dismissed pursuant to a separate judgment.

**IT IS SO ORDERED**.

ENTER:

_____
s/ Leon Jordan
United States District Judge