IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| SUSAN ASHLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-91 |
| ) | |
| MORGAN COUNTY, TENNESSEE, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on defendants' "Motion for Summary Judgment" [doc. 36]. The Honorable R. Leon Jordan, United States District Judge, having rendered a decision on the defendants' motion,

It is **ORDERED and ADJUDGED**

that this action is **DISMISSED WITH PREJUDICE**.

Dated at *Knoxville, Tennessee*, this 5th day of July, 2006.

                                             */s/ Patricia L. McNutt*
                                             PATRICIA L. McNUTT
                                             CLERK OF COURT